UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |  | |
|---|---|---|---|
| JEFFREY C. URSCH, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. 4:17 CV 1623 JMB | |
| | ) | | |
| CABELA'S INCORPORATED and | ) | | |
| CABELA'S RETAIL MO, LLC, | ) | | |
| | ) | | |
| Defendants. | ) | | |

**<u>MEMORANDUM AND ORDER</u>**

This matter is before the Court on the Stipulation of Plaintiff and Defendants Cabela's Incorporated and Cabela's Retail MO, LLC, Referring this Matter to Arbitration and Requesting a Stay Pending Completion of Arbitration (ECF. No. 9). The Court has jurisdiction under 28 U.S.C. §§ 1331 and 1332, and all matters are pending before this Court with the consent of the parties under 28 U.S.C. § 636(c).

Upon consideration of the requested referral to arbitration and stay pending completion of arbitration, the Court compels arbitration and stays this matter.

Accordingly,

**IT IS HEREBY ORDERED** that the Stipulation of Plaintiff and Defendants Cabela's Incorporated and Cabela's Retail MO, LLC, Referring this Matter to Arbitration and Requesting a Stay Pending Completion of Arbitration (ECF. No. 9) is GRANTED.

**IT IS FURTHER ORDERED** that this matter is stayed pending completion of arbitration. All pending motions are denied as moot and may be refiled, as necessary, following the conclusion of arbitration.

**IT IS FURTHER ORDERED** that the August 23, 2017, Rule 16 Conference is vacated and will be reset, as necessary, following the conclusion of arbitration. The parties also are excused from filing their Joint Scheduling Plan due on August 16, 2017.

**IT IS FURTHER ORDERED** that the parties shall file a notice with the Court within ten days of the conclusion of arbitration. If the arbitration is not concluded by February 9, 2018, the parties must file a joint report on that date setting forth the status of the arbitration.

/s/ *John M. Bodenhausen*
UNITED STATES MAGISTRATE JUDGE

Dated this 9th day of August, 2017.